UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

THE CARTOON NETWORK LP, LLLP and
CABLE NEWS NETWORK LP, LLLP,

      Plaintiffs/Counterclaim Defendants,

v.

CSC HOLDINGS, INC. and CABLEVISION
SYSTEMS CORPORATION,

      Defendants/Counterclaim/
      Plaintiffs/Third-Party Plaintiffs,

v.

TURNER BROADCASTING SYSTEM, INC.,
CABLE NEWS NETWORK LP, LLP, TURNER
NETWORK SALES, INC., TURNER CLASSIC
MOVIES, L.P., LLLP, TURNER NETWORK
TELEVISION LP, LLLP, and THE CARTOON
NETWORK LP, LLP,

      Third-Party Defendants.

------------------------------------- X

06 Civ. 4092 (DC)

## DECLARATION OF CHRISTINE M. HERNANDEZ IN FURTHER SUPPORT OF TURNER'S MOTION FOR SUMMARY JUDGMENT

**CHRISTINE M. HERNANDEZ** declares as follows:

1. I am an associate at the law firm of Cravath, Swaine & Moore LLP, counsel for Plaintiffs/Counterclaim Defendants The Cartoon Network LP, LLLP ("The Cartoon Network") and Cable News Network LP, LLLP ("CNN"), and Third-Party Defendants Turner Broadcasting System, Inc. ("TBS"), Turner Network Sales, Inc. ("TNS"), Turner Classic Movies LP, LLLP ("TCM") and Turner Network Television LP, LLLP ("TNT") (collectively "Turner"), in this action.

2. This declaration is submitted in further support of Turner's Motion for Summary Judgment.

3. Annexed in one volume (numbered as Volume VI) to the accompanying Turner's Response to Defendants' Local Rule 56.1(b) Statement of Additional Material Facts in Opposition to Plaintiffs' Motion for Summary Judgment and Restatement of Certain Material Facts in Light of Facts Obtained in Expert Discovery are true and correct copies of the following:

   i. excerpts of transcripts of deposition testimony given in this action; and

   ii. the Rebuttal Expert Report submitted by Paul Horowitz on October 10, 2006.

I declare under the penalty of perjury that the foregoing is true and correct.

October 30, 2006

_____
Christine M. Hernandez