**PUBLIC FILING VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TWENTIETH CENTURY FOX FILM CORP., et al., :
    Plaintiffs, :
    :
    v. : 06 Civ. 3990 (DC)
    :
CABLEVISION SYSTEMS CORP., et al., :
    Defendants. :
------------------------------------------------------------------X
CABLEVISION SYSTEMS CORP., et al., :
    Counterclaim-Plaintiffs, :
    :
    v. :
    :
TWENTIETH CENTURY FOX FILM CORP., et al., :
    Counterclaim-Defendants. :
------------------------------------------------------------------X
THE CARTOON NETWORK LP, LLLP, et al., :
    Plaintiffs, :
    :
    v. : 06 Civ. 4092 (DC)
    :
CSC HOLDINGS, INC., et al., :
    Defendants. :
------------------------------------------------------------------X
CABLEVISION SYSTEMS CORP., et al., :
    Counterclaim-Plaintiffs, :
    :
    v. :
    :
THE CARTOON NETWORK LP, LLLP, et al., :
    Counterclaim-Defendants. : **DECLARATION OF**
    : **ABIGAIL K. HEMANI**
------------------------------------------------------------------X **IN SUPPORT OF**
CABLEVISION SYSTEMS CORP., et al., : **DEFENDANTS'**
    : **RESPONSE TO THE**
    : **TURNER PLAINTIFFS'**
    Third-Party-Plaintiffs, : **THIRD STATEMENT OF**
    : **MATERIAL FACTS**
    v. :
    :
TURNER BROADCASTING SYSTEM, INC., et al., :
    Third-Party-Defendants. :
------------------------------------------------------------------X

ABIGAIL K. HEMANI makes the following declaration pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm Goodwin Procter LLP. Goodwin Procter LLP represents Cablevision Systems Corporation and CSC Holdings, Inc. (collectively, "Cablevision") in the above-captioned matter. I make this declaration in support of Cablevision's response to the Turner Plaintiffs' Third Statement of Material Facts. Based on my review of the documents discussed below, I have personal knowledge of the following.

2. Attached as Exhibit A are true and correct copies of excerpts from the Deposition of Stephanie Mitchko, dated July 12, 2006, that are cited in Cablevision's Response to the Turner Plaintiffs' Third Statement of Material Facts.

3. Attached as Exhibit B are true and correct copies of excerpts from the Deposition of Patricia Gottesman, dated August 1, 2006, that are cited in Cablevision's Response to the Turner Plaintiffs' Third Statement of Material Facts.

4. Attached as Exhibit C are true and correct copies of excerpts from the Deposition of Peter Caramanica, dated September 14, 2006, and its accompanying errata, that are cited in Cablevision's Response to the Turner Plaintiffs' third statement of material facts.

5. Attached as Exhibit D are true and correct copies of excerpts from the Deposition of Bob Lee, dated September 13, 2006, that are cited in Cablevision's Response to the Turner Plaintiffs' Third Statement of Material Facts.

6. Attached as Exhibit E is a true and correct copy of the Rebuttal Expert Report of Paul Horowitz on the Operation and Technology of Cablevision's "Remote Storage Digital Video Recorder" (RS-DVR) that is cited in Cablevision's Response to the Turner Plaintiffs' Third Statement of Material Facts.

7.  Attached as Exhibit F are true and correct copies of excerpts from the Deposition of Kirk Blattman, dated August 11, 2006, that are cited in Cablevision's Response to the Turner Plaintiffs' Third Statement of Material Facts.

8.  Attached as Exhibit G are true and correct copies of excerpts from the Deposition of Glenn Reitmeier, dated September 5, 2006, that are cited in Cablevision's Response to the Turner Plaintiff's Third Statement of Material Facts.

9.  Attached as Exhibit H is a true and correct copy of a document entitled "System Specifications, BMR, Version 2.11," Bates-numbered Arroyo 002387 – Arroyo 002500, that is cited in Cablevision's Response to the Turner Plaintiff's Third Statement of Material Facts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 20, 2006
               New York, New York

*Abigail K. Hemani* (signature)
Abigail K. Hemani