UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CARTOON NETWORK LP, LLLP, et al.,  :
          Plaintiffs,  :
                                              : 06 Civ. 4092 (DC)
    v.  : ECF Case
CSC HOLDINGS, INC., et al.,  :
                           : **NOTICE OF APPEAL**
         Defendants.  :
------------------------------------------------------------X **BY CSC HOLDINGS, INC.**
CABLEVISION SYSTEMS CORPORATION, et al., : **AND CABLEVISION**
                          : **SYSTEMS CORPORATION**
         Counterclaim-Plaintiffs  :
    v.  :
THE CARTOON NETWORK LP, LLLP, et al.,  :
         Counterclaim-Defendants.  :
------------------------------------------------------------X
CABLEVISION SYSTEMS CORPORATION,  :
et al.,  :
         Third-Party Plaintiffs  :
    v.  :
TURNER BROADCASTING SYSTEM, INC., et al., :
         Third-Party Defendants.  :
------------------------------------------------------------X

      Notice is hereby given that CSC Holdings, Inc. and Cablevision Systems Corporation (collectively, "Cablevision"), defendants, counterclaim-plaintiffs, and third-party plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 4th day of April, 2007.

      Pursuant to Local Civil Rule 83.8, Cablevision states that the names of all parties to the judgment and the names and addresses of their respective attorneys of record are as follows:

| | | |
|---|---|---|
| **Plaintiffs**<br>The Cartoon Network LP, LLLP<br>Cable News Network LP, LLLP | represented by | Katherine B. Forrest<br>Cravath, Swaine<br>    & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **Defendants**<br>CSC Holdings, Inc.<br>Cablevision Systems Corporation | represented by | John C. Englander<br>J. Anthony Downs<br>R. David Hosp<br>Robert Donald Carroll<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br><br>Benjamin Hershkowitz<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Timothy A. Macht<br>Law Offices of<br>    Timothy A. Macht<br>99 Hudson Street, 8th Floor<br>New York, NY 10013 |
| **Third-Party Plaintiffs**<br>CSC Holdings, Inc.<br>Cablevision Systems Corporation | represented by | John C. Englander<br>J. Anthony Downs<br>R. David Hosp<br>Robert Donald Carroll<br>Benjamin Hershkowitz<br>Timothy A. Macht<br>(see above for addresses) |
| **Third-Party Defendants**<br>Turner Broadcasting System, Inc.<br>Turner Classic Movies, L.P., LLLP<br>Turner Network Sales, Inc.<br>Turner Network Television LP, LLLP<br>The Cartoon Network LP, LLLP<br>Cable News Network LP, LLLP | represented by | Katherine B. Forrest<br>(see above for address) |

**Counterclaim Plaintiffs**

| | | |
|---|---|---|
| CSC Holdings, Inc.<br>Cablevision Systems Corporation | represented by | John C. Englander<br>J. Anthony Downs<br>R. David Hosp<br>Robert Donald Carroll<br>Benjamin Hershkowitz<br>Timothy A. Macht<br>(see above for addresses) |

**Counterclaim Defendants**

| | | |
|---|---|---|
| The Cartoon Network LP, LLLP<br>Cable News Network LP, LLLP | represented by | Katherine B. Forrest<br>(see above for address) |

Respectfully submitted,

Dated: April 10, 2007
New York, New York

CSC Holdings, Inc. and Cablevision Systems Corporation

By their attorneys,

_____
Benjamin Hershkowitz (BH 7256)
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
Fax: (212) 355-3333

—and—

John C. Englander (admitted *pro hac vice*)
J. Anthony Downs (admitted *pro hac vice*)
R. David Hosp (admitted *pro hac vice*)
Robert D. Carroll (RC 1028)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

LIBA/1780791.1